| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0645 5:16CR20575 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:22-cr-00148-RSL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Starlit Zhao | Eastern District of Michigan | Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Judith E. Levy | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 6/2/2022     TO 6/1/2027 |

OFFENSE

Count 3: 18 U.S.C. § 2423 – Travel With Intent to Engage in Illicit Sexual Activity

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **MICHIGAN**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Washington** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| September 15, 2022 | s/Judith E. Levy |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| September 20, 2022 | *s/ R S Lasnik* |
|---|---|
| Effective Date | United States District Judge |